THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 James Joseph Barnett, 
 Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2011-UP-532
 Submitted November 1, 2011  Filed
December 2, 2011    

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Mark R. Farthing, all of Columbia; and
 Solicitor Barry J. Barnette, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  James Joseph Barnett appeals his
 convictions for assault and battery with intent to kill, armed robbery, and
 kidnapping, arguing the trial court abused its discretion by allowing him to
 absent himself from the proceedings.  We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority:  State v.
 Ravenell, 387 S.C. 449, 456, 692 S.E.2d 554, 558 (Ct. App. 2010) ("In order to claim the protection afforded by the rule of
 law that a criminal defendant may be tried in his absence only upon a trial
 court's finding that the defendant has received the requisite notice of his
 right to be present and advisement that the trial would proceed in his absence
 if he failed to attend, a defendant or his attorney must object at the first
 opportunity to do so, and failure to so object constitutes waiver of the issue
 on appeal." (citation omitted)).
AFFIRMED.
SHORT, WILLIAMS, and GEATHERS,
 JJ., concur. 

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.